**421-15**

# ELECTRONIC RECORD

COA # 06-14-00050-CR          OFFENSE: 32.21

STYLE: Chad Ray Bennett v. The State of Texas          COUNTY: Hunt

COA DISPOSITION:     Affirmed          TRIAL COURT: 354th District Court

DATE: 3/12/15          Publish: No     TC CASE #:     29,345

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Chad Ray Bennett v. The State of Texas          CCA #: **421-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: 05/13/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**